UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:20-cv-20814-BLOOM/Louis

TWARLA HILL,

    Plaintiff,

v.

FLORIDA INTERNATIONAL UNIVERSITY,

    Defendant.
_____/

## ORDER

**THIS CAUSE** is before the Court upon Defendant's Motion to Dismiss, ECF No. [7] ("Motion"). Plaintiff filed a response on April 23, 2020, ECF No. [16] ("Response").

In the Response, Plaintiff represents that the parties have reached an agreement (1) to amend by interlineation the identity of Defendant as "The Florida International University Board of Trustees" and that Plaintiff does not need to re-serve the lawsuit; (2) strike the claims for punitive damages; and (3) amend the Complaint to allege that the comparators are similarly situated, that Plaintiff was born in the United States, and the identity of the countries from which the Hispanic comparators originate. *See id.* The Response requests that the Court order Plaintiff to amend the Complaint within 10 days.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Motion, **ECF No. [7]**, is **DENIED AS MOOT** in light of the parties' agreement.

Case No. 1:20-cv-20814-BLOOM/Louis

2. Plaintiff shall **file an Amended Complaint by May 4, 2020**, which shall identify Defendant as The Florida International University Board of Trustees, amend the allegations as agreed upon, and exclude claims for punitive damages.

3. Defendant shall answer or otherwise respond to the Amended Complaint **by May 18, 2020.**

**DONE AND ORDERED** in Chambers at Miami, Florida, on April 24, 2020.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record